| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Makena Trading Corp.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Makena Express** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **65-0779241** |
| 4. | Debtor's address | **Principal place of business**<br>**18558 NW 19th St.**<br>**Hollywood, FL 33029**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Makena Trading Corp.**          Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** *that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Makena Trading Corp.**                                   Case number (*if known*)
              Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                     ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                    ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199                  ☐ 10,001-25,000            ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000                  ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                  ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **Makena Trading Corp.**  Case number (*if known*)
Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Makena Trading Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 3, 2023**
MM / DD / YYYY

X **/s/ Guillermo Gutierrez**                                **Guillermo Gutierrez**
Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Mark S. Roher**                                Date **April 3, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Mark S. Roher**
Printed name

**Law Office of Mark S. Roher, P.A.**
Firm name

**1806 N. Flamingo Road
Suite 300
Pembroke Pines, FL 33028**
Number, Street, City, State & ZIP Code

Contact phone  **(954) 353-2200**    Email address  **mroher@markroherlaw.com**

**178098 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Makena Trading Corp.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of America** P.O. Box 15796 Wilmington, DE 19866-5796 | | | | | | **$18,408.99** |
| **Channel Capital Partners, LLC** 11100 Wayzata Blvd. #305 Hopkins, MN 55305 | | | **Disputed** | | | **$64,499.76** |
| **Channel Capital Partners, LLC** 11100 Wayzata Blvd. #305 Hopkins, MN 55305 | | | **Disputed** | | | **$64,499.76** |
| **De Lage Landen Financial Services, Inc.** 1111 Old Eagle School Road Wayne, PA 19087 | | | | **$0.00** | **Unknown** | **Unknown** |
| **De Lage Landen Financial Services, Inc.** 1111 Old Eagle School Road Wayne, PA 19087 | | | | **$0.00** | **Unknown** | **Unknown** |
| **De Lage Landen Financial Services, Inc.** 1111 Old Eagle School Road Wayne, PA 19087 | | | | **$0.00** | **Unknown** | **Unknown** |

Debtor  **Makena Trading Corp.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Citizens Bank and Trust Company, ISAOA**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | | | | $44,790.20 | Unknown | Unknown |
| **Fleet One**<br>**P.O. Box 630038**<br>**Cincinnati, OH 45203-0038** | | | | | | $3,394.60 |
| **Heavy Tire Inc.**<br>**4600 NW 32nd Ave.**<br>**Miami, FL 33142** | | **Tires** | | | | $1,800.00 |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Notice Only** | | | | $0.00 |
| **Paccar Financial Corp.**<br>**2501 S. State Hwy 121**<br>**Business Suite 800**<br>**Lewisville, TX 75067** | | | | | | $0.00 |
| **U.S. Small Business Administration**<br>**2 North Street Suite 320**<br>**Birmingham, AL 35203** | | **Blanket lien on all assets** | **Disputed** | $150,000.00 | Unknown | Unknown |
| **Wabash National Financial Services**<br>**655 Business Center Drive**<br>**Suite 250**<br>**Horsham, PA 19044** | | | | $0.00 | Unknown | Unknown |

Bank of America
P.O. Box 15796
Wilmington, DE 19866-5796


BMO Harris Bank
P.O. Box 71951
Chicago, IL 60694


BMO Harris Bank N.A.
Transportation Finance
4 Mountain View Ter.
Suite 301
Danbury, CT 06810


Bradley J. Anderson, Esq.
Zimmerman Kiser Sutcliffe
315 East Robinson Street
Suite 600
Orlando, FL 32801


Channel Capital Partners,
LLC
11100 Wayzata Blvd.
#305
Hopkins, MN 55305


De Lage Landen Financial
Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


DLL Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602


First Citizens Bank and Trust
Company, ISAOA
155 Commerce Way
Portsmouth, NH 03801


Fleet One
P.O. Box
630038
Cincinnati, OH 45203-0038

Heavy Tire Inc.
4600 NW 32nd Ave.
Miami, FL 33142


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
7850 SW 6th Court
Fort Lauderdale, FL 33324


Paccar Financial Corp.
2501 S. State Hwy 121
Business Suite 800
Lewisville, TX 75067


U.S. Small Business
Administration
2 North Street
Suite 320
Birmingham, AL 35203


Wabash National
Financial Services
655 Business Center Drive
Suite 250
Horsham, PA 19044